HH HOLDING COMPANY, INC. *v.* BOARD OF TAX REVIEW
OF THE CITY OF NEW LONDON
(13110)

FOTI, LAVERY and LANDAU, Js.

Argued February 9—decision released April 18, 1995

*Elliott B. Pollack,* with whom were *Lucy M. Ziobro* and, on the brief, *Gregory F. Servodidio* and *Mark H. Zackin,* legal intern, for the appellant (plaintiff).

*Thomas J. Londregan,* with whom, on the brief, was *Marguerite C. Driscoll,* for the appellee (defendant).

PER CURIAM. This case is controlled by *Andover Ltd. Partnership I* v. *Board of Tax Review,* 232 Conn. 392, 655 A.2d 759 (1995).

The judgment is reversed and the case is remanded for further proceedings consistent with that opinion.